**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Daniel Hager and Lindsey Hager, Respondents,

v.

Brittany Michell Aspinwall, Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-001028

———————

Appeal From Aiken County
Peter R. Nuessle, Family Court Judge

———————

Unpublished Opinion No. 2019-UP-028
Submitted December 19, 2018 – Filed January 14, 2019

———————

**AFFIRMED**

———————

Donae Alecia Minor, of Minor Law Offices LLC, of Fort Mill, for Appellant.

William Benito Fortino, of Moore Taylor Law Firm, P.A., of West Columbia, for Respondents.

Kim Anderson Ray, of Law Office of Kim Anderson Ray, LLC, of Aiken, as Guardian ad Litem for the minor children.

**PER CURIAM:**  Brittany Michell Aspinwall appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Aspinwall's counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.